MARK W. GOOD (Bar No. 218809)
TERRA LAW LLP
50 W. San Fernando St., #1415
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: mgood@terra-law.com

JONATHAN T. SUDER (Pro Hac Vice To Be Filed)
CORBY R. VOWELL (Pro Hac Vice To Be Filed)
TODD I. BLUMENFELD (Pro Hac Vice To Be Filed)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Counsel for Plaintiff
SOFTVAULT SYSTEMS, INC.

James W. Morando (State Bar No. 087896)
jmorando@fbm.com
Winston Liaw (State Bar No. 273899)
wliaw@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br>           Plaintiff, <br><br>      vs. <br><br> ORACLE CORPORATION, <br><br>           Defendant. | Case No. 16-cv-06454-YGR <br><br> **JOINT MOTION TO DISMISS** <br><br> The Hon. Yvonne Gonzalez Rogers |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT MOTION TO DISMISS
Case No. 16-cv-06454-YGR

33879\5790610.1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff SoftVault Systems, Inc. ("SoftVault") and Defendant Oracle Corporation ("Oracle") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by SoftVault against Oracle made therein with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A Proposed Order is submitted herewith.

Date: January 23, 2017　　　　　　　　　　　FRIEDMAN, SUDER & COOKE

By: ___/s/ Corby R. Vowell___
　　　Corby R. Vowell
Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

Date: January 23, 2017　　　　　　　　　　　FARELLA BRAUN & MARTEL LLP

By: ___/s/James W. Morando___
　　　James W. Morando
Attorneys for Defendant
ORACLE CORPORATION

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the signatory indicated by the "conformed" signature (/s/) of James W. Morando within this e-filed document.

　　　　　　　　　　　　　　　　　　*/s/ Corby R. Vowell*

　　　　　　　　　　　　　　　　　　Corby R. Vowell

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT MOTION TO DISMISS
Case No. 16-cv-06454-YGR

2

33879\5790610.1